W. C. FITTS, Attorney-General, for the State.

The appellant was convicted of selling spiritous, vinous or malt liquors in violation of the prohibition law of Bibb County. Judgment affirmed.
PER CURIAM.

---

## Little v. The State.

APPEAL from Sumter County Court.

Tried before the Hon. W. D. DeLOACH.

SMITH & TRAVIS, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for gaming on Sunday. Judgment affirmed.
PER CURIAM.

---

## Patton v. Thomas.

APPEAL from the Bridgeport City Court.

Tried before the Hon. W. L. STEPHENS.

W. F. KIRK, for appellant.

No counsel marked as appearing for appellee.

In this case R. B. Patton moved the trial court for a judgment against Mason Thomas, for a certain sum of money, which was alleged to have been collected by the defendant under color of office as justice of the peace, but which he refused to pay over to the plaintiff. The transcript contains only a bill of exceptions. There be-

ing no judgment entry shown by the record, the appeal was dismissed.

Opinion by McCLELLAN, J.

---

## Stincent v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. JOHN G. WINTER.

HILL & THORINGTON, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for gaming. Judgment affirmed.

PER CURIAM.

---

## Gentry v. Glover.

APPEAL from Jackson Chancery Court.

Tried before the Hon. THOMAS COBBS.

J. B. ASHLEY and R. C. HUNT, for appellant.

J. E. BROWN, contra.

The bill in this case was filed by the appellants, J. L. Gentry and G. B. Moore, administrators of the estate of William Moore, deceased, to enforce a vendor's lien upon land. On the final submission of the cause, the chancellor rendered a decree that the complainants were